■ In the Matter of EVERETTE WEAVER, Petitioner, v DAVID B. VAUGHAN, Respondent. [56 NYS3d 470]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, David B. Vaughan, a Justice of the Supreme Court, Kings County, to determine the petitioner's cross motion in an action entitled *Better Homes Depot, Inc. v Whyte*, pending in that court under index No. 25309/05.

Adjudged that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.

The instant proceeding is academic in light of the determination of the subject cross motion in an order of the Supreme Court, Kings County, dated September 8, 2015. Eng, P.J., Roman, LaSalle and Connolly, JJ., concur.